UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
AMANDA HANNIGAN,

                            Plaintiff,                       STIPULATION TO AMEND
                                                             COMPLAINT

   -against-

ABH NATURE'S PRODUCTS, INC., ABH                Case No. 20-cv-01249-WKF-AKT
PHARMA, INC., STOCKNUTRA.COM, INC.,
JAHIRUL ISLAM, SAJED ISLAM, AND SAHINA
ISLAM,
                              Defendants.
-------------------------------------------------------------------X

       **IT IS HEREBY STIPULATED AND AGREED**, by and through the undersigned counsel for the parties in the above-captioned action that Plaintiff **AMANDA HANNIGAN** shall be allowed to file forthwith an Amended Complaint, a receipt of copy of which is acknowledged by counsel for Defendants **ABH NATURE'S PRODUCTS, INC., ABH PHARMA, INC., STOCKNUTRA.COM, INC., JAHIRUL ISLAM, SAJED ISLAM, AND SAHINA ISLAM**.

| | |
|---|---|
| Weinberg, Gross and Pergament, LLP<br>Attorneys for Defendants<br>400 Garden City Plaza<br>Garden City, NY 11530 | Law Office of Ralph A. Somma<br>Attorney for Plaintiff<br>175 West Main Street, Suite 1<br>Babylon, NY 11702 |
| By: _____<br>     Marc A. Pergament, Esq. | By: _____<br>     Ralph A. Somma, Esq. |

Dated: December 16, 2020

                                                      SO ORDERED:

                                                      /s/ AK Tomlinson  12/19/2020
                                                      A Kathleen Tomlinson
                                                      United States Magistrate Judge