The Law Office of

# RALPH A. SOMMA

175 West Main Street, Suite One
Babylon, NY 11702

Tel.: (631) 587-1699     E-mail: rsomma@sommafirm.com
Fax: (631) 587-1760     www.sommafirm.com

Hon. A. Kathleen Tomlinson
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722-9014

March 23, 2021

    Re:    Hannigan vs. ABH Natures Products, Inc., et al.
           Case No. 20-cv-01249-WFK-AKT

Dear Magistrate Judge Tomlinson:

     This office represents the Plaintiff, Amanda Hannigan, in the above referenced case and I write on behalf of all parties to submit the attached proposed Discovery Plan and Scheduling Order. I apologize for the late filing.

Sincerely,
THE LAW OFFICE OF RALPH A. SOMMA

Ralph A. Somma
*RAS/pc*
*Via ECF*
*cc: client (via email)*