**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
AMANDA HANNIGAN,

                            **Plaintiff,**
   -against-                                      CIVIL CASE DISCOVERY PLAN AND
                                                      SCHEDULING ORDER

**ABH NATURE'S PRODUCTS, INC., ABH**
**PHARMA, INC., STOCKNUTRA.COM, INC.,**    Case No. 20-cv-01249-WKF-AKT
**VITAHERO, INC. JAHIRUL ISLAM, and**
**SAHINA ISLAM,**
                          **Defendants.**
------------------------------------------------------------------X

      This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. Outstanding responses to interrogatories and document demands shall be served no later than April 30, 2021.

2. Any further interrogatories and/or requests for the production of documents shall be served no later than May 15, 2021.

3. Non-expert depositions shall be completed by June 30, 2021.

    a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

    b. Depositions shall proceed concurrently.

    c. Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

4. Expert interrogatories shall be served no later than July 15, 2021.

5. Requests to Admit shall be served no later than July 15, 2021.

6. Expert reports shall be served no later than July 31, 2021.

7. Rebuttal expert reports shall be served no later than August 30, 2021.

8. Expert depositions shall be completed by September 30, 2021.

9. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

10. **ALL DISCOVERY SHALL BE COMPLETED BY September 30, 2021.**

11. Any motions shall be filed in accordance with the Court's Individual Practices.

12. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

13. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

14. The next case management conference is scheduled for_____, at_____.

**SO ORDERED:**

Dated: Central Islip, New York

_____
A. KATHLEEN TOMLINSON
United States Magistrate Judge