## AFFIDAVIT OF SERVICE BY USPS OVERNIGHT MAIL AND FIRST CLASS MAIL

RE: Amanda Hannigan v. ABH Nature's Products, Inc.,
ABH Pharma, Inc., Stocknutra.com, Inc., Vitahero, Inc.
Jahirul Islam and Sahina Islam
Case No. 2:20-cv-01249-WFK-AKT

STATE OF NEW YORK )
                        ) ss.:
COUNTY OF NASSAU )

Lisa Carpinone, being duly sworn, deposes and says:

That I am not a party to this action, am over the age of 18 years, and reside in Massapequa Park, New York.

That on the 29th day of April, 2021, I served the within ***ORDER*** upon the following Stocknutra.com, Inc. d/b/a SMP Nutra at their following respective address by depositing a true copy of the same enclosed in a properly addressed by depositing a true copy of the same enclosed in a post-paid properly addressed envelope, marked Next Day Priority Express Mail and by first class mail, in a properly addressed envelope, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

        Stocknutra.com, Inc. d/b/a SMP Nutra
        250 Executive Drive, Suite L
        Edgewood, NY  11717
        Attn:  Frank Cantone
        Tracking No. EJ290203512US

_____
Lisa Carpinone

Sworn to before me this
29th day of April, 2021.

_____
NOTARY PUBLIC

Marianne Mastrocco
Notary Public, State of New York
Registration No. 01MA6119578
Qualified in Nassau County
Commission Expires December 13, 20__

AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL
AND VIA ELECTRONIC TRANSMITTAL

RE:   Amanda Hannigan v. ABH Nature's Products, Inc.,
ABH Pharma, Inc., Stocknutra.com, Inc., Vitahero, Inc.
Jahirul Islam and Sahina Islam
Case No. 2:20-cv-01249-WFK-AKT

STATE OF NEW YORK   )
                              )ss.:
COUNTY OF NASSAU   )

Lisa Carpinone, being dully sworn, deposes and says:

That I am not a party to this action, am over the age of 18 years, and reside in Massapequa Park, New York.

That on the 29th day of April, 2021, I served the within **ORDER** upon the attorneys for Plaintiff at the following respective address by depositing a true copy of the same enclosed in a post-paid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office within the State of New York and by transmitting a true copy of the same via electronic transmittal to the e-mail address indicated below.

Law Office of Ralph A. Somma
Attorneys for Plaintiff
175 West Main Street, Suite One
Babylon, NY  11702
Attn:  Ralph A. Somma, Esq.
E-Mail - rsomma@sommafirm.com

Lisa Carpinone

Sworn to before me this
29th day of April, 2021.

NOTARY PUBLIC

Marianne Mastrocco
Notary Public, State of New York
Registration No. 01MA6119578
Qualified in Nassau County
Commission Expires December 13, 20 24